UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF CALUMET CITY, | ) | **FILED: JULY 7, 2008** |
| | ) | 08CV3861 |
| Plaintiff, | ) | JUDGE ST. EVE |
| | ) No. | MAGISTRATE JUDGE MASON |
| v. | ) | NF |
| | ) | |
| SECRETARY OF HOUSING AND URBAN | ) | (formerly case no. 08 M6 2629 in the |
| DEVELOPMENT, UNKNOWN OWNERS | ) | Circuit Court of Cook County, |
| and NON-RECORD OWNERS, | ) | Illinois.) |
| | ) | |
| Defendants | ) | |

## NOTICE OF REMOVAL

To:    Clerk of the Circuit Court          Dennis G. Gianopolus
       of Cook County                      18511 Torrence Avenue
       Sixth Municipal District            Lansing, Illinois 60438
       16501 South Kedzie Parkway
       Room 119
       Markham, Illinois 60426

PLEASE TAKE NOTICE that the United States of America, by Patrick J. Fitzgerald, United

States Attorney for the Northern District of Illinois has hereby caused the removal of the above-

captioned case from the Circuit Court of Cook County, Illinois to this court, pursuant to 28 U.S.C.

§ 1442, and as grounds therefore states the following:

1.      On or about June 16, 2008, a complaint was filed in the Circuit Court of Cook County

against the Secretary of the United States Department of Housing and Urban Development ("HUD")

to demolish property which is allegedly owned by HUD.

2.      A copy of the complaint was received by Office of the United States Attorney on

June 24, 2008.

3.    The HUD Secretary is an officer of the United States government, and HUD is an agency of the United States government.

4.    The matter is therefore an action against an officer or agency of the United States and thus is subject to removal to this Court pursuant to 28 U.S.C. § 1442.

5.    This removal notice does not waive any defenses the United States may have to the underlying cause of action, and the United States expressly reserves any and all defenses it may have.

6.    The United States of America attaches as Exhibit A all process and pleadings received by it in this action.

> Respectfully submitted,
>
> PATRICK J. FITZGERALD
> United States Attorney
>
> By: s/ Ernest Y. Ling
>      Assistant United States Attorney
>      219 South Dearborn Street
>      Chicago, Illinois 60604
>      (312) 353-5870
>      ernest.ling@usdoj.gov

```
08CV3861
JUDGE ST. EVE
MAGISTRATE JUDGE MASON
    NF
```

# Exhibit A

*Hand delivered by Sheriff Deputy 6-19-08* — *Et?*

(Rev. 1/23/03) CCM 0649 A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS *6/19 West?*
SIXTH MUNICIPAL DISTRICT

Name All parties

Case No.: **06 M6 26 29**

CITY OF CALUMET CITY,
A MUNICIPAL CORPORATION

Plaintiff(s)

vs.

Amount Claimed over $30,000

Return Date: **7-14-08**

Status Date: **7-24-08**

SECRETARY OF HOUSING AND URBAN
DEVELOPMENT, UNKNOWN OWNERS,
and NON-RECORD CLAIMANTS,

Defendant(s)

Trial Date:

Time: **9 00** a.m. Room: **207**

SECRETARY OF HOUSING AND URBAN DEVELOPMENT
77 W. JACKSON
CHICAGO, IL. 60604

Address of Defendant(s)

*131-946194*
*$101,957.53*
*11/19/07*

SUMMONS

To each defendant:

YOU ARE SUMMONED and required:

*APP = 107,00*

1. To file your written appearance by yourself or your attorney and pay the required fee in:

☐ District 1:   Richard J. Daley Center; 50 West Washington, Room 602; Chicago, IL 60602
☐ District 2:   5600 Old Orchard Rod., Rm 136; Skokie, IL 60077      ☐ District 3:   2121 Euclid, Rm 121; Rolling Meadows, IL 60008
☐ District 4:   1500 Maybrook Dr., Rm 236; Maywood, IL 60153        ☐ District 5:   10220 S. 76th Ave., Rm 121; Bridgeview, IL 60455
X District 6:   16501 S. Kedzie Pkwy., Rm 119; Markham, IL 60426.

On _____, _____ before 9:00 a.m.

2. File your answer to the complaint before 9:00 a.m. as required by the applicable subsections of Paragraph 3 or 4 in the NOTICE TO THE DEFENDANT on the reverse side.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 3 days before the day for appearance.

THERE WILL BE A FEE TO FILE YOUR APPEARANCE. SEE FEES ON THE REVERSE SIDE OF THIS FORM.

Atty. No.: 34464

Name: Dennis G. Gianopolus

Atty. for: Plaintiff

Address: 18511 Torrence Avenue

City/State/Zip: Lansing, IL 60438

Telephone: (708) 889-9626

WITNESS, _____

_____
DOROTHY BROWN, Circuit Court Clerk

Date of Service: **6/19/0?** , _____

(To be inserted by officer on copy left with defendant or other person)

** Service by Facsimile Transmission will be accepted at (708) 889-9634

(Area Code)                    (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

APPEARANCE FEES INCLUDE A COUNTY LAW LIBRARY FEE OF $10.00, THE COURT AUTOMATION FEE OF $5.00, DOCUMENT STORAGE FEE OF $5.00 AND THE MANDATORY ARBITRATION FEE OF $10.00 WHERE APPLICABLE.

JURY FEES ARE AS FOLLOWS:

APPEARANCE FEES (BASED ON AMOUNT OF CLAIM)
(ALL CASES; NO DISPUTE RESOLUTION CHARGED)

| | |
|---|---|
| FORCIBLE DETAINER (POSSESSION ONLY) | $110.00 |
| $1,500.00 OR LESS | $110.00 |
| $1500.00, to $15,000.00 | $120.00 |
| MORE THAN $15,000.00 | $140.00 |

CLAIMS FOR DAMAGES NOT IN EXCESS OF $5,000.00
*SIX-PERSON    $12.50
*TWELVE-PERSON JURY    $25.00 or
$12.50 if another party paid for a jury of six

CLAIMS FOR DAMAGES NOT IN EXCESS OF $15,000.00
*SIX-PERSON    $115.00
*TWELVE-PERSON JURY $230.00 or
$115.00 if another party paid for a jury of six

CLAIMS FOR DAMAGES IN EXCESS OF $15,000.00
*TWELVE-PERSON JURY  $230.00

*THESE FEES MAY BE WAIVED BY APPROPRIATE COURT ORDER.  YOU HAVE THE RIGHT TO FILE A PETITION SEEKING SUCH AN ORDER.

<u>NOTICE TO PLAINTIFF</u>

_____You MUST select a return day of:
    Not less than 14 or more than 40 days after issuance of summons if amount claimed is $5000 or less;
    not less than 21 or more than 40 days after issuance of summons if amount claimed is in excess of $5000.

<u>NOTICE TO DEFENDANT</u>

* 1.  This case may/may not be heard on the day for appearance specified in the summons.

2.  If the complaint is notarized, your answer must be notarized.

3.  On the specified Return Day, on of the following may occur:

    a.  If you are sued for $5000 or less, you need not file an answer unless ordered to do so by the court.

    (1) If Plaintiff is not present, the case may be dismissed for want of prosecution.

    (2) If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an exparte default judgment against you for the amount claimed.

    (3) If you have filed an appearance and are present on Return Day, trial may held that day, or may be set for another day certain.

    b.  If you are sued for more than $5000, and if you have filed your appearance on time, you must file your answer not later than 10 days after the day for appearance specified above.  If you filed your written appearance on or before Return Day, your case will be postponed 21 days to the Default-for Want-of Answer Call at 9:00 a.m.  If you have filed your answer on time, you need not appear for the Default for Want of Answer Call.  Your case will be postponed for trial on a date certain in a courtroom designated by the Presiding Judge.  If you have not filed your appearance or answer on time, Plaintiff may obtain an exparte default judgment against you for the amount claimed. if plaintiff is not present for the Default-for-Want-of-Answer call, the case will be dismissed for want of prosecution.

* 4.  If the claim is for personal injury, or is a civil case in which plaintiff has filed a jury demand, you will be required to file you appearance in person or by attorney by Return Day and your answer as required by Par. 3(b) above.  These cases will be assigned and heard in the Civil Jury Room _____ unless otherwise ordered by the Presiding Judge.  Neither Plaintiff nor Plaintiff's attorney will be required to be present on return day, or on Default-for-Want-of-Answer Call.  The case will be set for STATUS at 9:00 a.m., 91 days after the Return Day.  Plaintiff and Defendant will be required to appear in court on that status day.
    5.  Late filing of an appearance or answer will not relieve you from a judgment or default order except by court order.
* 6.  Trial Rights of Property, Detinues, and Revivals of Judgment, Pro Se, and Forcible Detainer suits are returnable in Room _____ and are disposed of on a Return Day unless otherwise ordered by the court.
    *  Pertaining to <u>third district only.</u>

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

(Rev. 1/23/03) CCM 0649 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## SIXTH MUNICIPAL DISTRICT

Name All parties

CITY OF CALUMET CITY,
A MUNICIPAL CORPORATION
           Plaintiff(s)
         vs.

SECRETARY OF HOUSING AND URBAN
DEVELOPMENT, UNKNOWN OWNERS,
and NON-RECORD CLAIMANTS,
         Defendant(s)

Case No.:

Amount Claimed over $30,000

Return Date: 7-14-08

Status Date: 7-24-08

Trial Date:

Time: 9:00  a.m. Room: 307

SECRETARY OF HOUSING AND URBAN DEVELOPMENT
77 W. JACKSON
CHICAGO, IL. 60604
      Address of Defendant(s)

## SUMMONS

To each defendant:

    YOU ARE SUMMONED and required:

    1.  To file your written appearance by yourself or your attorney and pay the required fee in:

☐ District 1:   Richard J. Daley Center; 50 West Washington, Room 602; Chicago, IL 60602
☐ District 2:   5600 Old Orchard Rod., Rm 136; Skokie, IL 60077   ☐ District 3:   2121 Euclid, Rm 121; Rolling Meadows, IL 60008
☐ District 4:   1500 Maybrook Dr., Rm 236; Maywood, IL 60153   ☐ District 5:   10220 S. 76th Ave., Rm 121; Bridgeview, IL 60455
X District 6:   16501 S. Kedzie Pkwy., Rm 119; Markham, IL 60426.

On _____, _____ before 9:00 a.m.

    2.  File your answer to the complaint before 9:00 a.m. as required by the applicable subsections of Paragraph 3 or 4 in the NOTICE TO THE DEFENDANT on the reverse side.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance.  If service cannot be made, this summons shall be returned so endorsed.

    This summons may not be served later than 3 days before the day for appearance.

THERE WILL BE A FEE TO FILE YOUR APPEARANCE.  SEE FEES ON THE REVERSE SIDE OF THIS FORM.

Atty. No.: 34464 _____

Name: Dennis G. Gianopolus _____

Atty. for: Plaintiff _____

Address: 18511 Torrence Avenue _____

City/State/Zip: Lansing, IL 60438 _____

Telephone: (708) 889-9626 _____

WITNESS, _____

_____

DOROTHY BROWN, Circuit Court Clerk

Date of Service: _____, _____

(To be inserted by officer on copy left with defendant or other person)

** Service by Facsimile Transmission will be accepted at (708) 889-9634 _____
                  (Area Code)             (Facsimile Telephone Number)

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(Rev. 1/23/03) CCM 0649 A

APPEARANCE FEES INCLUDE A COUNTY LAW LIBRARY FEE OF $10.00, THE COURT AUTOMATION FEE OF $5.00, DOCUMENT STORAGE FEE OF $5.00 AND THE MANDATORY ARBITRATION FEE OF $10.00 WHERE APPLICABLE.

JURY FEES ARE AS FOLLOWS:

APPEARANCE FEES (BASED ON AMOUNT OF CLAIM)
(ALL CASES; NO DISPUTE RESOLUTION CHARGED)

| | |
|---|---|
| FORCIBLE DETAINER (POSSESSION ONLY) | $110.00 |
| $1,500.00 OR LESS | $110.00 |
| $1500.00, to $15,000.00 | $120.00 |
| MORE THAN $15,000.00 | $140.00 |

CLAIMS FOR DAMAGES NOT IN EXCESS OF $5,000.00
*SIX-PERSON    $12.50
*TWELVE-PERSON JURY    $25.00 or
$12.50 if another party paid for a jury of six

CLAIMS FOR DAMAGES NOT IN EXCESS OF $15,000.00
*SIX-PERSON    $115.00
*TWELVE-PERSON JURY $230.00 or
$115.00 if another party paid for a jury of six

CLAIMS FOR DAMAGES NOT IN EXCESS OF $15,000.00
*TWELVE-PERSON JURY $230.00

*THESE FEES MAY BE WAIVED BY APPROPRIATE COURT ORDER.  YOU HAVE THE RIGHT TO FILE A PETITION SEEKING SUCH AN ORDER.

### NOTICE TO PLAINTIFF

_____ You MUST select a return day of:
Not less than 14 or more than 40 days after issuance of summons if amount claimed is $5000 or less;
not less than 21 or more than 40 days after issuance of summons if amount claimed is in excess of $5000.

### NOTICE TO DEFENDANT

* 1.  This case may/may not be heard on the day for appearance specified in the summons.

2.  If the complaint is notarized, your answer must be notarized.

3.  On the specified Return Day, on of the following may occur:

    a.  If you are sued for $5000 or less, you need not file an answer unless ordered to do so by the court.

        (1) If Plaintiff is not present, the case may be dismissed for want of prosecution.

        (2) If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an exparte default judgment against you for the amount claimed.

        (3) If you have filed an appearance and are present on Return Day, trial may held that day, or may be set for another day certain.

    b.  If you are sued for more than $5000, and if you have filed your appearance on time, you must file your answer not later than 10 days after the day for appearance specified above.  If you filed your written appearance on or before Return Day, your case will be postponed 21 days to the Default-for Want-of Answer Call at 9:00 a.m.  If you have filed your answer on time, you need not appear for the Default for Want of Answer Call.  Your case will be postponed for trial on a date certain in a courtroom designated by the Presiding Judge.  If you have not filed your appearance or answer on time, Plaintiff may obtain an exparte default judgment against you for the amount claimed. if plaintiff is not present for the Default-for-Want-of-Answer call, the case will be dismissed for want of prosecution.

* 4.  If the claim is for personal injury, or is a civil case in which plaintiff has filed a jury demand, you will be required to file you appearance in person or by attorney by Return Day and your answer as required by Par. 3(b) above.  These cases will be assigned and heard in the Civil Jury Room _____ unless otherwise ordered by the Presiding Judge.  Neither Plaintiff nor Plaintiff's attorney will be required to be present on return day, or on Default-for-Want-of-Answer Call.  The case will be set for STATUS at 9:00 a.m., 91 days after the Return Day.  Plaintiff and Defendant will be required to appear in court on that status day.

5.  Late filing of an appearance or answer will not relieve you from a judgment or default order except by court order.

* 6.  Trial Rights of Property, Detinues, and Revivals of Judgment, Pro Se, and Forcible Detainer suits are returnable in Room _____ and are disposed of on a Return Day unless otherwise ordered by the court.

    *  Pertaining to third district only.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, SIXTH DISTRICT

| | | |
|---|---|---|
| CITY OF CALUMET CITY,<br>a Municipal Corporation | ) ) ) | |
| Plaintiff, | ) ) | Case No.<br>Amount over $30,000.00 |
| vs. | ) ) | |
| SECRETARY OF HOUSING AND URBAN<br>DEVELOPMENT, UNKNOWN OWNERS,<br>and NON-RECORD COMPLAINANTS | ) ) ) ) | |
| Defendants. | ) ) | |

### VERIFIED COMPLAINT FOR DEMOLITION

Now comes the CITY OF CALUMET CITY, a Municipal Corporation, by and through

its attorneys, THE LAW OFFICE OF DENNIS G. GIANOPOLUS P.C., and hereby moves this

Honorable Court for the entry of an Order for Demolition.

1.  The Plaintiff, the CITY OF CALUMET CITY, is a municipal corporation organized

    and existing pursuant to the laws of the State of Illinois.

2.  The Defendants, SECRETARY OF HOUSING AND URBAN DEVELOPMENT,

    UNKNOWN OWNERS, and NON-RECORD CLAIMANTS, own and/or control

    and/or have an interest in certain real property commonly known as **1408 Forest**

    **Place**, Calumet City, Illinois and legally described as follows:

    > LOT 31 BLOCK 6 IN GOLD COAST MANOR, A
    > SUBDIVISION I THE WEST ½ OF SECTION 20, TOWNSHIP
    > 36 NORTH, RANGE 15, EAST OF THE THIRD PRINCIPAL
    > MERIDIAN, IN COOK COUNTY, ILLINOIS.
    > P.I.N. No.: 30-20-118-035-0000

3.  Notice of violations and a request to take action regarding the property were sent to

    the following as owners and lien holders of record of said property:

- Secretary of Housing and Urban Development, 77 W. Jackson, Chicago, IL 60604, via return receipt requested certified U.S. mail on March 4, 2008.

4. This proceeding, regarding a dangerous and unsafe building, is brought pursuant to the Illinois Municipal Code, 65 ILCS 5/11-31-1 (a) which, in pertinent part, states;

> "The corporate authorities shall apply to the circuit court of the county in which the building is located (i) for an order authorizing action to be taken with respect to a building if the owner or owners of the building, including the lien holder of record, after at least 15 days' written notice by mail so to do, have failed to put the building in a safe condition or to demolish it or (ii) for an order requiring the owner or owners of record to demolish, repair, or enclose the building or to remove garbage, debris, and other hazardous, noxious, or unhealthy substances or materials from the building. It is not a defense to the cause of action that the building is boarded up or otherwise enclosed, although the court may order the defendant to have the building boarded up or otherwise enclosed. Where, upon diligent search, the identity or whereabouts of the owner or owners of the building, including the lien holders of record, is not ascertainable, notice mailed to the person or persons in whose name the real estate was last assessed is sufficient notice under this Section."

5. By virtue of § 14-22 of Codified Ordinances of the City ("Codified Ordinances"), the City has adopted by reference, the International Property Maintenance Code ("IPMC") and the International fire Code ("IFC").

6. The CITY OF CALUMET CITY has inspected the premises located at **1408 Forest Place**, Calumet City, Illinois; and has found that the following dangerous conditions and IPMC violations exist on the subject property which the Owners have had due opportunity to remedy and have failed to do so:

- The Property has been deemed an unsafe structure per section 108.1.1 of the IPMC in that it is found to be dangerous to the life, health, property, or safety of the public or the occupants in the event of fire, and because such structure contains unsafe equipment and is so damaged, decayed,

dilapidated, structurally unsafe, and of such faulty construction or unstable foundation, that partial or complete collapse is possible.

- The Property has been deemed a structure unfit for human occupancy per section 108.1.3 of the IPMC.

- The Property has been deemed worthy of Demolition by the City's Department of Inspectional Services per section 110.1 of the IPMC.

- The property is in violation of the following Codes;

    - IPMC 108.1.1- Unsafe structure; north east wall failing; back bathroom outlet inside wall; floor tile and concrete cracked at building, slab broken throughout

    - IPMC 108.1.3- Unfit for human occupancy; north east wall failing; no water; tagged not approved for occupancy

    - IPMC 303.5- Foundation in poor condition; foundation cracked; floor tile and concrete cracked at building, slab broken throughout

    - IPMC 303.2- Exterior structure in good repair, sound and sanitary; north east wall failing; wall that is failing at northeast, inside bedroom wall, all taped to seal

    - IPMC 303.6- Exterior wall damage, not weatherproofed, not tuckpointed, etc.; mortar joints failing; north east wall failing; north west corner failing; window mortar jpints failing

    - IPMC 304.1- Interior structure in good repair, sound and sanitary; water rot and damage; floor tiles missing; wall that is failing at northeast, inside bedroom wall, all taped to seal; patched hole in ceiling; ceilings cracked and falling down

    - IPMC 304.2- Interior structural members sound and capable; floor tile and concrete cracked at building, slab broken throughout

    - IPMC 108.2- Vacant and secured properly; gang graffiti painted over at front room walls

- IPMC 403.1- Minimum ventilation in habitable spaces; plastic exhaust vent in the attic

- IPMC 505.1- Plumbing properly connected and hot water present; plastic water supplies; water is shut off

- IPMC 507.1- Proper drainage at yard, roof, open areas

- IPMC 604.2- Adequate electrical service size based on load

- IPMC 605.1- Electric installed and maintained properly; open wires in attic and outside; missing cover plates

- IPMC 605.2- Minimum receptacles and GFI protection required; missing GFI outlet; back bathroom outlet inside wall

- IPMC 304.3- Interior surfaces good, clean and sanitary; water rot and damage; gang graffiti painted over at front room walls; floor tiles missing; wall that is failing at northeast, inside bedroom wall, all taped to seal; patched hole in ceiling; ceilings cracked and falling down

- IPMC 704.1- Smoke detectors required; smoke detectors missing

- IPMC 303.13- Exterior windows, doors and frame not sound; front picture window outside thermal panes broken out

- IPMC 303.15- Exterior doors and hardware in good condition; broken door jamb in garage; broken front doors

- IPMC 304.6- Interior doors in good condition; no bathroom door; no bedroom door; improper back bedroom door

- IPMC 303.9- Overhang extensions in good repair, properly anchored, and in sound condition; no downspouts elbows

- IPMC 304.4- Improper stair, ramp, balcony, porch, etc. (interior)

7. Said disrepair poses a serious danger to the health, safety and welfare of the residents of the City of Calumet City.

8. Officials of the City of Calumet City have caused inspections to be made of the

<u>VERIFICATION</u>

I, Rebecca Wojewoda, state that I am the duly appointed Fair Housing Administrator for the City of Calumet City, Illinois, and that under penalties provided by law pursuant to section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein states to be on information and belief, and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

Rebecca Wojewoda