UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF CALUMET CITY, | ) | FILED: JULY 7, 2008 |
| | ) | 08CV3861 |
| Plaintiff, | ) | JUDGE ST. EVE |
| | ) No. | MAGISTRATE JUDGE MASON |
| v. | ) | NF |
| | ) | |
| SECRETARY OF HOUSING AND URBAN | ) | (formerly case no. 08 M6 2629 in the |
| DEVELOPMENT, UNKNOWN OWNERS | ) | Circuit Court of Cook County, |
| and NON-RECORD OWNERS, | ) | Illinois.) |
| | ) | |
| Defendants | ) | |

**NOTICE OF FILING NOTICE OF REMOVAL**

To:  Clerk of the Circuit Court           Dennis G. Gianopolus
     of Cook County                        18511 Torrence Avenue
     Sixth Municipal District              Lansing, Illinois 60438
     16501 South Kedzie Parkway
     Room 119
     Markham, Illinois 60426

YOU ARE HEREBY NOTIFIED that on July 7, 2008, the United States of America filed in the office of the Clerk of the United States District Court for the Northern District of Illinois, its Notice of Removal in the above-entitled cause of action to the United States District Court for the Northern District of Illinois.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Ernest Y. Ling
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5870
    ernest.ling@usdoj.gov

# CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following Document:

**Notice of Removal and Notice of Filing Notice of Removal**

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by FedEx overnight delivery on July 7, 2008, to the following non-ECF filers:

| | |
|---|---|
| Clerk of the Circuit Court<br>of Cook County<br>Sixth Municipal District<br>16501 South Kedzie Parkway<br>Room 119<br>Markham, Illinois 60426 | Dennis G. Gianopolus<br>18511 Torrence Avenue<br>Lansing, Illinois 60438 |

    s/ Ernest Y. Ling
ERNEST Y. LING
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5870
ernest.ling@usdoj.gov