UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CALUMET CITY,            )<br>                                                    )<br>             Plaintiff,                     )<br>                                                    )<br>        v.                                        )<br>                                                    )<br>SECRETARY OF HOUSING AND URBAN )<br>DEVELOPMENT, UNKNOWN OWNERS )<br>and NON-RECORD OWNERS,          )<br>                                                    )<br>             Defendants                 ) | No. 08 C 3861<br><br>Judge St. Eve<br><br>(formerly case no. 08 M6 2629 in the Circuit Court of Cook County, Illinois.) |

### FEDERAL DEFENDANT'S MOTION TO DISMISS

Defendant Secretary of Housing and Urban Development ("HUD"), by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves to dismiss the complaint for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure, as such local governmental actions to demolish federally owned property are barred by the Supremacy Clause of the Constitution. In support of this motion, HUD submits the attached memorandum of law.

WHEREFORE, defendant respectfully requests that the court grant the motion to dismiss.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Ernest Y. Ling
   Assistant United States Attorney
   219 South Dearborn Street
   Chicago, Illinois 60604
   (312) 353-5870
   ernest.ling@usdoj.gov