UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF CALUMET CITY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SECRETARY OF HOUSING AND URBAN ) <br> DEVELOPMENT, UNKNOWN OWNERS ) <br> and NON-RECORD OWNERS, ) <br> ) <br> Defendants ) | No. 08 C 3861 <br><br> Judge St. Eve <br><br> (formerly case no. 08 M6 2629 in the Circuit Court of Cook County, Illinois.) |

## NOTICE OF MOTION

To:   Dennis G. Gianopolus
      18511 Torrence Avenue
      Lansing, Illinois 60438

PLEASE TAKE NOTICE that on Wednesday, July 16, 2008 at 8:30 a.m. at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge St. Eve in the courtroom occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present:

**Federal Defendant's Motion to Dismiss**

in the above-captioned case, at which time and place you may appear if you see fit.

            Respectfully submitted,

            PATRICK J. FITZGERALD
            United States Attorney

           By: s/ Ernest Y. Ling
            ERNEST Y. LING
            Assistant United States Attorney
            219 South Dearborn Street
            Chicago, Illinois 60604
            (312) 353-5870
            ernest.ling@usdoj.gov

## CERTIFICATE OF SERVICE

  The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following Document:

**Notice of Motion; Federal Defendant's Motion to Dismiss and Memorandum in Support of Federal Defendant's Motion to Dismiss**

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on July 10, 2008, to the following non-ECF filers:

Dennis G. Gianopolus
18511 Torrence Avenue
Lansing, Illinois 60438

            s/ Ernest Y. Ling
            ERNEST Y. LING
            Assistant United States Attorney
            219 South Dearborn Street
            Chicago, Illinois 60604
            (312) 353-5870
            ernest.ling@usdoj.gov