**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 C 03861 |

City of Calumet City

v.

Secretary of Housing and Urban Development, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

City of Calumet City

---

NAME (Type or print)
John J. Meehan

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/John J. Meehan

FIRM
Law Offices of John J. Meehan, P.C.

STREET ADDRESS   33 N. Dearborn Street, Suite 300

CITY/STATE/ZIP   Chicago/ Illinois/ 60602

| 6205105 | TELEPHONE NUMBER (312) 332-6333 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL            APPOINTED COUNSEL