## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

City of Calumet City

                     Plaintiff,

v.                                                Case No.: 1:08−cv−03861

                                                                  Honorable Amy J. St. Eve

Secretary Of Housing And Urban Development, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 8/27/2008 and continued to 9/23/2008 at 08:30 AM. Plaintiff's response to defendants' motion to dismiss [4] to be filed by 9/25/08. Reply by 10/9/08. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.